FREDERICK W. NEWTON, as Executor and Trustee under the Will of THOMAS C. ELLIOTT, Deceased, *v.* ANNA B. HUNT et al., Respondents and Appellants, and RUPERT H. HUNT, Respondent.

*Newton* v. *Hunt,* 134 App. Div. 325, affirmed.
(Argued March 20, 1911; decided April 4, 1911.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 6, 1910, which modified and affirmed as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to enforce a lien against a certain trust fund.

*Paul Armitage* and *S. B. Livingston* for plaintiff, appellant and respondent.

*Alton B. Parker, Flamen B. Candler, Robert W. Candler* and *J. Frederic Kernochan* for defendants, respondents and appellants.

*Edmund L. Baylies* and *Devereux Milburn* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, HISCOCK and COLLIN, JJ. Absent: HAIGHT, J.